```
DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar # 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ABEL MARTINEZ-MACIAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-542 LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ABEL MARTINEZ-MACIAS et al., ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

This matter came before the Court for Status Conference on February 10, 2009, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Samuel Wong. Defendant Abel Martinez-Macias, who was present and in custody, was represented by Assistant Federal Defender Benjamin Galloway, and defendant Ignacio Gutierrez-Tavera, who was present and in custody, was represented by C. Emmett Mahle, counsel for defendant.

Defense counsel requested that the matter be set for further status conference on March 17, 2009 at 9:15 a.m..

1 | The parties agreed on the need for additional time to allow time
2 | for defense preparation.
3 |    IT IS HEREBY ORDERED that this matter be set for further Status
4 | Conference on March 17, 2009 at 9:15 a.m..
5 |     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
6 | (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
7 | from February 10, 2009 to and including March 17, 2009 is excluded from
8 | the time computations required by the Speedy Trial Act due to ongoing
9 | preparation of counsel.
10 | DATED: February 13, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT