```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN GALLOWAY, Bar # 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ABEL MARTINEZ-MACIAS
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-08-542 LKK
                                   )
13                 Plaintiff,      )
                                   ) ORDER AFTER HEARING
14       v.                        )
                                   )
15  ABEL MARTINEZ-MACIAS et al.,   )
                                   )
16                                 ) Judge: Hon. Lawrence K. Karlton
                   Defendant.      )
17  _____)

18
```

19     This matter came before the Court for Status Conference on
20  March 17, 2009, in the courtroom of the Honorable Lawrence K. Karlton,
21  U.S. District Court Judge. The government was represented by its
22  counsel, Assistant United States Attorney Samuel Wong. Defendant Abel
23  Martinez-Macias, who was present and in custody, was represented by
24  Assistant Federal Defender Benjamin Galloway, and defendant Ignacio
25  Gutierrez-Tavera, who was present and in custody, was resented by
26  Benjamin Galloway for C. Emmett Mahle, counsel for defendant.
27     Defense counsel requested that the matter be set for further
28  status conference on April 21, 2009 at 9:15 a.m..

1 │ The parties agreed on the need for additional time to allow time
2 │ for defense preparation.
3 │    IT IS HEREBY ORDERED that this matter be set for further Status
4 │ Conference on April 21, 2009 at 9:15 a.m..
5 │     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
6 │ (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
7 │ from March 17, 2009 to and including April 21, 2009 is excluded from
8 │ the time computations required by the Speedy Trial Act due to ongoing
9 │ preparation of counsel.
10│ DATED: March 19, 2009

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT