```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ABEL MARTINEZ-MACIAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-542-LKK |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: April 24, 2009 |
| ABEL MARTINEZ-MACIAS, ) | TIME: 9:15 a.m. |
| IGNACIO GUTIERREZ-TAVERA, ) | JUDGE: Hon. Lawrence K. Karlton Jr. |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney, and defendants, ABEL MARTINEZ-MACIAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and IGNACIO GUTIERREZ-TAVERA by and through his counsel, C. EMMETT MAHLE,  that the status conference set for Friday, April 24, 2009 be continued to Tuesday, June 23, 2009 at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1    It is further stipulated that the time period from the date of this
2 stipulation, April 22, 2009, through and including the date of the new
3 status conference hearing, June 23, 2009, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(8)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7 prepare].

DATED: April 22, 2009          Respectfully submitted,
                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               ABEL MARTINEZ-MACIAS

                               /s/ Benjamin Galloway for
                               C. EMMETT MAHLE
                               Attorney for Defendant
                               IGNACIO GUTIERREZ-TAVERA


DATED: April 22, 2009          LAWRENCE G. BROWN
                               Acting United States Attorney

                               /s/ Benjamin Galloway for
                               SAMUEL WONG
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set April 24, 2009, status conference shall be continued to June 23, 2009, at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, April 22, 2009, through and including the date of the new status conference hearing, June 23, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: April 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3