```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ABEL MARTINEZ-MACIAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-542-LKK |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: August 4, 2009 |
| ABEL MARTINEZ-MACIAS, ) | TIME: 9:15 a.m. |
| IGNACIO GUTIERREZ-TAVERA, ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney, and defendants, ABEL MARTINEZ-MACIAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and IGNACIO GUTIERREZ-TAVERA by and through his counsel, C. EMMETT MAHLE, that the status conference set for Tuesday, August 4, 2009 be continued to Tuesday, September 9, 2009 at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, July 31, 2009, through and including the date of the new status conference hearing, September 9, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: July 31, 2009          Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              ABEL MARTINEZ-MACIAS

                              /s/ Benjamin Galloway for
                              C. EMMETT MAHLE
                              Attorney for Defendant
                              IGNACIO GUTIERREZ-TAVERA


DATED: July 31, 2009          LAWRENCE G. BROWN
                              Acting United States Attorney

                              /s/ Benjamin Galloway for
                              SAMUEL WONG
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set August 4, 2009, status conference shall be continued to September 9, 2009, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, July 31, 2009, through and including the date of the new status conference hearing, September 9, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: July 31, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3