```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ABEL MARTINEZ-MACIAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-542 LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ABEL MARTINEZ-MACIAS et al., ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

This matter came before the Court for Status Conference on September 9, 2009, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Samuel Wong. Defendant Abel Martinez-Macias, who was present and in custody, was represented by Assistant Federal Defender Benjamin Galloway, and defendant Ignacio Gutierrez-Tavera, who was present and in custody, was resented by C. Emmett Mahle, counsel for defendant.

Defense counsel requested that the matter be set for further status conference/change of plea on October 20, 2009, at 9:15 a.m..

1    The parties agreed on the need for additional time to allow time
2 for defense preparation.
3    IT IS HEREBY ORDERED that this matter be set for further Status
4 Conference/Change of Plea hearing on October 20, 2009, at 9:15 a.m..
5     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
6 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
7 from September 9, 2009, to and including October 20, 2009, is excluded
8 from the time computations required by the Speedy Trial Act due to
9 ongoing preparation of counsel.
10 DATED: September 11, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2