```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ABEL MARTINEZ-MACIAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-542-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: October 20, 2009 |
| ABEL MARTINEZ-MACIAS, ) | TIME: 9:15 a.m. |
| IGNACIO GUTIERREZ-TAVERA, ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney, and defendants, ABEL MARTINEZ-MACIAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and IGNACIO GUTIERREZ-TAVERA by and through his counsel, C. EMMETT MAHLE,  that the status conference set for Tuesday, October 20, 2009, be continued to Tuesday, October 27, 2009, at 9:15 a.m..

The reason for this continuance is that counsel for Mr. Martinez-Macias has discovered a legal conflict which precludes further representation by the Federal Defender.  The Federal Defender has made

1 arrangements for substitution of counsel by CJA Panel Attorney Gilbert
2 Roque (paperwork is forthcoming).  Mr. Martinez-Macias is aware of the
3 conflict and pending substitution of counsel, and it is his request
4 that the matter be continued so that Mr. Roque can be present.
5   It is further stipulated that the time period from the date of this
6 stipulation, October 13, 2009, through and including the date of the
7 new status conference hearing, October 27, 2009, shall be excluded from
8 computation of time within which the trial of this matter must be
9 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
10 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
11 prepare].

13 DATED: October 13, 2009        Respectfully submitted,
                                  DANIEL J. BRODERICK
14                                Federal Defender

15                                /s/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
16                                Assistant Federal Defender
                                  Attorney for Defendant
17                                ABEL MARTINEZ-MACIAS

18                                /s/ Benjamin Galloway for
                                  C. EMMETT MAHLE
19                                Attorney for Defendant
                                  IGNACIO GUTIERREZ-TAVERA

22 DATED: October 13, 2009        LAWRENCE G. BROWN
                                  United States Attorney
23
                                  /s/ Benjamin Galloway for
24                                SAMUEL WONG
                                  Assistant U.S. Attorney
25                                Attorney for Plaintiff

                           **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set October 20, 2009, status conference shall be continued to October 27, 2009, at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, October 13, 2009, through and including the date of the new status conference hearing, October 27, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: October 14, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT