GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ABEL MARTINEZ-MACIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ABEL MARTINEZ-MACIAS and )<br>IGNACIO GUTIERREZ-TAVERA, )<br>)<br>Defendants. )<br>_____ ) | NO. 2:08-CR-542-LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

    Defendant Abel Martínez-Macías, through his appointed counsel, Gilbert A. Roque, Defendant Ignacio Gutiérrez-Tavera, through his appointed counsel, C. Emmett Mahle, and the United States of America, through Assistant United States Attorney Samuel Wong, agree that the Status Conference set for October 27, 2009, at 9:15 a.m., be continued to December 1, 2009, at 9:15 a.m., before the Honorable Lawrence K. Karlton.

    The parties agree to the continuance because counsel for Defendant Abel Martínez-Macías will be out of state on October 27, 2009. Counsel for Defendant Martínez-Macías is newly appointed to the case, and the defense investigation for Martínez-Macías is in progress.

    In addition, it is agreed that time from the date of this stipulation to and including the new December 1, 2009, status conference should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Rule T-4, to allow defense counsel for Defendant Martínez-Macías reasonable time to prepare and continuity of counsel for

Defendant Martínez-Macías.

                                                Respectfully submitted,

DATED: October 22, 2009       /s/ Gilbert A. Roque
                                         GILBERT A. ROQUE, Attorney for
                                         Defendant JOSE DE JESUS VALENCIA FIGUEROA

DATED: October 22, 2009       /s/ C. Emmett Mahle                    C.
                                         EMMETT MAHLE, Attorney for
                                         IGNACIO GUTIERREZ-TAVERA, Defendant

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

DATED: October 22, 2009 By:   /s/ Samuel Wong
                                         SAMUEL WONG
                                         Assistant United States Attorney

## **ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny Defendant Abel Martínez-Macías' new counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny Defendant Martínez-Macías continuity of counsel.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and orders that the time from the date of the parties' stipulation, October 22, 2009, to and including the new status conference, December 1, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare and continuity of defense counsel).

It is further ordered that the October 27, 2009, status conference shall be continued until December 1, 2009, at 9:15 a.m.

**IT IS SO ORDERED.**

DATED: October 26, 2009

                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT