C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
IGNACIO GUTIERREZ-TAVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>IGNACIO GUTIERREZ-TAVERA,<br><br>    Defendant. | Case No.: CR.S-08-0542-LKK<br><br>STIPULATION AND ORDER<br><br>Date: December 1, 2009<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K Karlton |

STIPULATION

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, counsel for the plaintiff, defendant Abel Martinez-Macias, by and through his counsel, Gilbert Roque, and defendant Ignacio Gutierrez-Tavera, by and through his counsel, C. Emmett Mahle, that good cause exists to extend the status conference currently set for December 1, 2009, at 9:15 a.m. to January 5, 2010, at 9:15 a.m.

The parties request the additional time for further discussion, and consideration of a plea agreement. Additional time is needed to properly advise any defendant who might plead guilty of the ramifications of the guilty plea and the risks of litigation.  As both defendants are Spanish speakers, this task of explaining the issues are made more complicated and will require the assistance of a Spanish/English interpreter. All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for December 1, 2009, at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton to January 5, 2010, at 9:15 a.m. They further stipulate that time within which the trial of this matter must be commenced under the Speedy Trial Act, shall be excluded from the date of this stipulation, November 25, 2009, to and including the date of the new status conference on January 5, 2010, pursuant to Local Code

1  T-4 and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), in order to provide defense counsel reasonable
2  time necessary for effective preparation taking into account the exercise of due diligence.

3  DATED:   11/25/09                        /s/ C. Emmett Mahle
4                                           C. EMMETT MAHLE
                                             Attorney for Defendant
5                                            IGNACIO GUTIERREZ-TAVERA

6  DATED:   1125/09                         /s/ Gilbert Roque
                                             GILBERT ROQUE
                                             Attorney for Defendant
7                                            ABEL MARTINEZ-MACIAS

8                                            BENJAMIN B. WAGNER
                                             United States Attorney
9
10 DATED:   11/25/09            By:         /s/ Samuel Wong
                                             SAMUEL WONG
11                                           Assistant U.S. Attorney

12
13                                     ORDER

14         GOOD CAUSE APPEARING from the stipulation of counsel and the parties, the Status
15 Conference that was scheduled for December 1, 2009, at 9:15 a.m. is hereby continued to
16 January 5, 2010, at 9:15 a.m., in the courtroom of the Honorable Lawrence K. Karlton.
17 The Court finds that the ends of justice to be served by granting the continuance outweigh the
18 best interests of the public and the defendants in a speedy trial.   Accordingly, IT IS HEREBY
19 ORDERED that, for the reasons stated in the parties' November 30, 2009stipulation, the time
20 under the Speedy Trial Act is excluded from the date of the parties' stipulation, November 25,
21 2009, through
22 January 5, 2010, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, due to the
23 need to provide defense counsel with the reasonable time necessary for effective preparation,
24 taking into account the exercise of due diligence.
25         IT IS SO ORDERED.

26 DATED:      November 30, 2009
27                                           /s/ Lawrence K. Karlton
                                             LAWRENCE K. KARLTON
28                                           SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT