GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ABEL MARTINEZ-MACIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ABEL MARTINEZ-MACIAS, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. 2:08-CR-542-LKK <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

    Defendant Abel Martínez-Macías, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Samuel Wong, agree that the Status Conference set for February 2, 2010, at 9:15 a.m., be continued to February 9, 2010, at 9:15 a.m., before the Honorable Lawrence K. Karlton.

    The parties agree to the continuance because defendant Abel Martínez-Macías needs additional time to review the proposed plea agreement with his defense counsel and a certified Spanish/English language interpreter, and will not be able to accomplish this task prior to February 3, 2010. It is anticipated that there will be a change of plea at the next hearing on February 9, 2010.

    In addition, it is agreed that time from the date of this stipulation to and including the new February 9, 2010, status conference should be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Rule T-4, to allow defense counsel reasonable

///

///

1

time to prepare for defendant Martínez-Macías.

                                        Respectfully submitted,

DATED: January 27, 2010         /s/ Gilbert A. Roque
                                        GILBERT A. ROQUE, Attorney for
                                        Defendant ABEL MARTINEZ-MACIAS

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: January 27, 2010    By:    /s/ Samuel Wong
                                        SAMUEL WONG
                                        Assistant United States Attorney

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defendant Abel Martínez-Macías' defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and orders that the time from the date of the parties' stipulation, January 27, 2010, to and including the new status conference, February 9, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the February 2, 2010, status conference for defendant Abel Martínez-Macías only shall be continued until February 9, 2010, at 9:15 a.m.

**IT IS SO ORDERED.**

DATED:     January 29, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT