GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ABEL MARTINEZ-MACIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-CR-542-LKK |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | RE STATUS CONFERENCE |
| ABEL MARTINEZ-MACIAS, ) | |
| Defendant. ) | |

On March 2, 2010, at 9:15 a.m., this matter came on for a status conference. The United States appeared through Assistant United States Attorney Samuel Wong. Defendant Abel Martínez-Macías appeared with his counsel, Gilbert A. Roque. The defendant was assisted by a Spanish language interpreter.

The Government and the defendant agreed that a further status conference should be scheduled on March 16, 2010, at 9:15 a.m., and that time should be excluded until that date based on the need for defense counsel to meet with the defendant to determine his desire to continue with present counsel and to prepare (Local Rule T4).

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1. A further status conference for Abel Martínez-Macías is scheduled for March 16, 2010, at 9:15 a.m.;

2. The time from March 2, 2010, to and including the date of the new status conference, March 16, 2010, is excluded under the Speedy Trial Act pursuant to Local Rule T4, Title 18 United States Code Section 3161(h)(7)(A), to give the defendant time to meet with his counsel

1  and to allow defense counsel time to prepare. The Court specifically finds that a continuance
2  is necessary to give the defendant reasonable time to meet and confer with counsel and to
3  allow defense counsel reasonable time necessary for effective preparation in this matter, taking
4  into account the exercise of due diligence. The Court finds that the ends of justice served by
5  granting a continuance outweigh the interests of the public in a speedy trial.

8  DATED:     March 4, 2010

   _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT