1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00542-LKK |
|---|---|
| Plaintiff, | ) |
|  | ) PRELIMINARY ORDER OF FORFEITURE |
| v. | ) |
| ABEL MARTINEZ-MACIAS, et al., | ) |
| Defendants. | ) |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Abel Martinez-Macias, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 21 U.S.C. § 853(a), defendant Abel Martinez-Macias' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

> a loaded Sterling .25 caliber semi-automatic pistol, serial number 033179, and all ammunition used with the firearm to commit the violation(s).

2.  The above-listed property was used, or intended to be used, in any matter or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846.

1        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2   designee) shall be authorized to seize the above-listed property.
3   The aforementioned property shall be seized and held by the
4   Bureau of Alcohol, Tobacco, Firearms and Explosives, in its
5   secure custody and control.
6        4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
7   the United States shall publish notice of the order of
8   forfeiture.  Notice of this Order and notice of the Bureau of
9   Alcohol, Tobacco, Firearms and Explosives' (or a designee's)
10  intent to dispose of the property in such manner as the Attorney
11  General may direct shall be posted for at least 30 consecutive
12  days on the official internet government forfeiture site
13  www.forfeiture.gov.  The United States may also, to the extent
14  practicable, provide direct written notice to any person known to
15  have alleged an interest in the property that is the subject of
16  the order of forfeiture as a substitute for published notice as
17  to those persons so notified.
18            b.   This notice shall state that any person, other than
19  the defendant, asserting a legal interest in the above-listed
20  property, must file a petition with the Court within sixty (60)
21  days from the first day of publication of the Notice of
22  Forfeiture posted on the official government forfeiture site, or
23  within thirty (30) days from receipt of direct written notice,
24  whichever is earlier.
25       5.   If a petition is timely filed, upon adjudication of all
26  third-party interests, if any, this Court will enter a Final
27  ///
28  ///

Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 26th day of April, 2010.

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT