GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ABEL MARTINEZ-MACIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-542-LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE HEARING |
| vs. | ) | |
| ABEL MARTINEZ-MACIAS, | ) | |
| Defendant. | ) | |

    Defendant Abel Martínez-Macías, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Samuel Wong, agree that the judgment and sentence hearing set for June 2, 2010, at 9:15 a.m., be continued to June 29, 2010, at 9:15 a.m., before the Honorable Lawrence K. Karlton.

    The parties stipulate and agree to the continuance because counsel for defendant needs additional time to update the Court on the defendant's medical condition, and counsel for plaintiff needs time to determine the appropriate sentence.

Respectfully submitted,

DATED: May 27, 2010    /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
Defendant ABEL MARTINEZ-MACIAS

BENJAMIN B. WAGNER
United States Attorney

DATED: May 27, 2010    By:  /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

1

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defendant Abel Martínez-Macías' defense counsel and the prosecutor reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and orders that the June 2, 2010, judgment and sentence hearing for defendant Abel Martínez-Macías shall be continued until June 29, 2010, at 9:15 a.m.

**IT IS SO ORDERED.**

DATED: June 2, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT