1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,
                                      NO. CR. S-08-542 LKK
12          Plaintiff,

13      v.                                O R D E R

14  ABEL MARTINEZ-MACIAS,

15          Defendant.
    _____/

16

17      Pursuant to the government's motion to clarify the court's

18  minutes of September 28, 2010, the determination of bad faith is

19  stricken from the minutes.  The clerk is instructed to amend and

20  replace the minutes of the hearing accordingly.

21      IT IS SO ORDERED.

22      DATED: October 27, 2010.

23

24                          _____
                            LAWRENCE K. KARLTON
25                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
26

                                  1